DAYLE ELIESON
Acting United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY J. ANDERSON, | ) Case No. 2:17-CV-01177-RFB-GWF |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for one week from January 17, 2018 to **January 24, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel is taking leave, including on the date of the current filing deadline due an unanticipated family emergency. Additional time is required as Counsel has over 75 active pending matters, of which require 2+ responses to dispositive motions per week until mid-January. In addition, Counsel has three pending Ninth Circuit matters, which require

- 1 -

additional levels or review.  Counsel apologizes for the belated nature of the request, but did not expect to take unanticipated leave due to the family emergency.  As such, Counsel respectfully requests additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 18, 2018          /s/ *Daniel Jones
                                 (*as authorized by email on January 18, 2018)
                                 DANIEL JONES
                                 Attorney for Plaintiff


Dated:  January 18, 2018         DAYLE ELIESON
                                 Acting United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                         By      /s/  Tina L. Naicker
                                 TINA L. NAICKER
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:


DATED: 1/18/2018                 _____
                                 HON.  GEORGE FOLEY, JR
                                 UNITED STATES MAGISTRATE JUDGE

- 2 -