DAYLE ELIESON
Acting United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY J. ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:17-CV-01177-RFB-GWF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Reversal and/or Remand be extended for two weeks from January 24, 2018 to **February 7, 2018**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as Counsel had an unexpected death in the family and will be taking bereavement leave. Counsel also has over 75 active pending matters, of which require 2+ responses to dispositive motions per week until mid-March. In addition, Counsel has three pending Ninth Circuit matters, which require additional levels or review.

Counsel apologizes for the belated nature of the request, but did not expect to take unanticipated leave due to the unexpected family death. As such, Counsel respectfully requests additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 22, 2018    /s/ *Daniel Jones
(*as authorized by email on January 22, 2018)
DANIEL JONES
Attorney for Plaintiff

Dated: January 22, 2018    DAYLE ELIESON
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: 1/23/2018           _____
HON. GEORGE FOLEY, JR
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

**Daniel S. Jones**
Law Offices of Charles E. Binder and Harry J. Binder, LLP
60 East 42 Street
Ste 520
New York, NY 10165
212-667-6801
Email: fedcourt@binderlawfirm.com

**Hal Taylor**
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff

Respectfully submitted this 22nd day of January 2018,

　　　　　　　　　　　　　　　　　　*/s/ Tina L. Naicker*
　　　　　　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney